# CHOATE

November 19, 2019                                   **MEMORANDUM ENDORSED**

**VIA ECF**

The Honorable Gregory H. Woods
United States District Court
Sothern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Glenn Alto, et al. v. Sun Pharmaceutical Industries, Inc.*,
       Case No. 1:19-cv-09758-GHW (S.D.N.Y.)

Dear Judge Woods:

      This firm represents Plaintiffs Glenn Alto ("Alto"), Edward Connolly ("Connolly") and Lewis William Waters ("Waters" and together with Alto and Connolly, "Plaintiffs") in the above-referenced matter. I write to respectfully request an adjournment of the pre-motion conference, currently scheduled for this Friday, November 22, 2019. Principal trial counsel for Plaintiffs, Michael T. Gass, will be in trial for another matter during the time of the conference. The trial is currently scheduled for full days and is expected to extend into the first week of December. This is the first request for an adjournment. I have consulted with counsel for Defendant, Clifford Katz, and he consents to this request. Counsel for all parties are available for the pre-motion conference December 9 and December 11-13.

      Thank you for your consideration.

                                                                 Respectfully submitted,

                                                                 /s/ Leah R. Milbauer

                                                                  Leah R. Milbauer

Cc: All Counsel of Record by ECF

Application denied. Principal trial counsel for Plaintiffs need not appear at the pre-motion conference.

SO ORDERED.

Dated: November 19, 2020
New York, New York

                                                              GREGORY H. WOODS
                                                             United States District Judge