```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                              :
GLENN ALTO, et al.,                                        :
                               Plaintiffs,      :
                                            :                  1:19-cv-9758-GHW
-v-                                            :
                                            :                  ORDER
                                            :
SUN PHARMACEUTICAL INDUSTRIES, INC., :
                                    Defendant.    :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      A bench trial in this case will begin on Monday, August 30, 2021 at 9:00 a.m. The parties are directed to submit the pretrial materials outlined in the Court's Individual Rule 5 no later than March 2, 2021. Additionally, by the same date, the parties are directed to submit to the Court affidavits constituting the direct testimony of each trial witness, except for testimony of an adverse party, a person whose attendance must be compelled by subpoena, or a person for whom a party has requested and the Court has agreed to hear direct testimony during the trial. Three business days after submission of such affidavits, counsel for each party should submit a list of all affiants whom he or she intends to cross-examine at the trial. The original affidavits will be marked as exhibits at trial.

      Any motions *in limine* must also be filed no later than March 2, 2021. As outlined in the Court's Individual Rule 5(B)(i), if any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the opposition. Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed; courtesy copies of all other trial materials are due when filed.

      The Court will hold a final pretrial conference on May 6, 2021 at 3 p.m. to discuss the

parties' pretrial submissions and, if necessary, to hear oral argument and potentially rule on any motions *in limine*. The final pretrial conference will take place via teleconference. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules. The trial will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated: December 3, 2020

_____
GREGORY H. WOODS
United States District Judge