UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/26/2021
```

GLENN ALTO, EDWARD CONNOLLY in his : 
individual capacity and as trustee of the Connolly :          19-cv-09758
2014 Grantor Retained Annuity Trust, and :
LEWIS WILLIAM WATERS in his individual :          ORDER
capacity and as trustee of the Lewis William :
Waters III 2014 Qualified Annuity Trust, :
:
                    Plaintiffs, :
:
                    -against- :
:
SUN PHARMACEITICAL INDUSTRIES, INC, :
:
                    Defendant. :
:
:

------------------------------------------

Gregory H. Woods, United States District Judge:

        The Court has reviewed the objections to the parties' deposition designations and

counter-designations.  The Court has reached preliminary rulings regarding those objections.  The

charts attached to this order indicate the Court's anticipated ruling for each objection and highlight

objections regarding which the Court will request further argument.  The parties are directed to

review the attached charts and to be prepared to discuss the Court's proposed disposition of each of

the objections at the final pretrial conference scheduled for July 27, 2021 at 12:00 p.m.


Dated: July 26, 2021
       New York, New York


                              SO ORDERED:


                              _____
                              GREGORY H. WOODS
                              U.S.D.J.

# Defendant's Deposition Designations and Related Objections

**Deposition of Glenn Alto**
**July 22, 2020**

| No. | Defendant's Designation | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendant's Objections to Plaintiffs' Counter Designations | Preliminary Ruling |
|---|---|---|---|---|---|
| 1. | 5:23-25 | | | | |
| 2. | 13:22-14:9 | | | | |
| 3. | 14:15-18 | | | | |
| 4. | 14:23-15:16 | | | | |
| 5. | 21:9-22:22 | | | | |
| 6. | 29:19-31:9 | 401/402, Assumes Facts Not in Evidence (31:3-9) | | | Overruled. Discuss. |
| 7. | 31:15-32:5 | | | | |
| 8. | 32:7-33:24 | 401/402, Leading, Assumes Facts Not in Evidence [32:3-5] | | | Overruled. Discuss. |
| 9. | 36:3-25 | | | | |
| 10. | 37:4-14 | | | | |
| 11. | 38:21-39:8 | 403 (confusing the issues) | | | Overruled |
| 12. | 39:19-25 | | | | |
| 13. | 40:8-41:13 | | | | |
| 14. | 42:18-43:18 | | | | |
| 15. | 44:18-46:17 | | | | |
| 16. | 47:14-21 | | | | |
| 17. | 48:20-49:5 | 403 (confusing the issues) | | | Overruled |
| 18. | 50:5-51:21 | | | | |

| | | | | |
|---|---|---|---|---|
| 19. | 53:19-54:6 | 403 (confusing the issues) [53:19-25] | | | Overruled |
| 20. | 54:9-17 | | | | |
| 21. | 54:20-58:5 | | | | |
| 22. | 61:4-62:20 | | | | |
| 23. | 62:23-64:25 | | | | |
| 24. | 67:9-17 | | | | |
| 25. | 71:22-74:2 | | | | |
| 26. | 76:16-79:2 | | | | |
| 27. | 79:5-8 | | | | |
| 28. | 80:12-81:2 | | | | |
| 29. | 82:2-84:19 | | | | |
| 30. | 91:4-21 | 403 (confusing the issues) | | | Overruled |
| 31. | 94:7-95:20 | | | | |
| 32. | 96:2-14 | | | | |
| 33. | 98:5-104:3 | | | | |
| 34. | 104:17-22 | | | | |
| 35. | 106:20-107:16 | | | | |
| 36. | 109:5-112:4 | | | | |
| 37. | 112:10-113:22 | | | | |
| 38. | 114:14-17 | | | | |
| 39. | 117:17-22 | | | | |
| 40. | 119:19-120:13 | | | | |
| 41. | 124:3-127:19 | | | | |
| 42. | 128:10-129:6 | | | | |
| 43. | 129:23-130-11 | | | | |
| 44. | 131:2-23 | | | | |
| 45. | 133:6-9 | | | | |
| 46. | 135:21-137:18 | | | | |
| 47. | 137:20-139:14 | | | | |
| 48. | 141:24-143:19 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 49. | 144:6-13 | | | | |
| 50. | 147:21-25 | | | | |
| 51. | 152:18-153:7 | | | | |
| 52. | 153:9-154:8 | 602, Assumes facts not in evidence [154:3-8] | | | Overruled |
| 53. | 154:10-14 | | | | |
| 54. | 154:25-155:12 | | | | |
| 55. | 160:12-:161:9 | | | | |
| 56. | 161:16-24 | Assumes Facts Not in Evidence; Speculation [161:21-24] | | | Overruled |
| 57. | 162:2-166:23 | Assumes Facts Not in Evidence; Speculation [166:21-23] | | | Overruled |
| 58. | 166:25-168:2 | | | | |
| 59. | 168:23-170:19 | | | | |
| 60. | 172:15-174:5 | | | | |
| 61. | 174:9-18 | | | | |
| 62. | 175:8-19 | | | | |
| 63. | 183:11-184:25 | | | | |
| 64. | 187:22-191:6 | | | | |
| 65. | 191:14-23 | | | | |
| 66. | 195:2-10 | | | | |
| 67. | 200:25-201-6 | Calls for legal conclusion [200:25-201:4] | | | Overruled |
| 68. | 203:16-204:14 | | | | |
| 69. | 205:4-10 | | | | |
| 70. | 208:2-209:19 | Calls for legal conclusion [208:2-10] | | | Overruled |
| 71. | 210:14-16 | Calls for legal conclusion | | | Overruled |
| 72. | 210:18-23 | | | | |

| | | | | |
|---|---|---|---|---|
| 73. | 211:2-14 | | | |
| 74. | 212:3-215:10 | | | |
| 75. | 215:20-216:2 | Calls for legal conclusion [215:20-15] | | | Overruled |
| 76. | 216:8-19 | Calls for legal conclusion [216:8-12] | | | Overruled |
| 77. | 218:18-220:6 | | | |
| 78. | 222:7-18 | | | |
| 79. | 223:13-224:2 | | | |
| 80. | 225:17-20 | | | |
| 81. | 225:25-227:5 | | | |
| 82. | 228:11-229:6 | | | |
| 83. | 232:6-9 | | | |
| 84. | 232:11-233:7 | | | |
| 85. | 240:7-9 | | | |
| 86. | 240:16-241:13 | | | |
| 87. | 242:15-21 | 403 (misleading) [242:15-20] | | | Overruled |
| 88. | 248:9-10 | | | |
| 89. | 251:22-252:13 | | | |

Deposition of Edward Connolly July 14, 2020

| No. | Defendant's Designation | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendant's Objections to Plaintiffs' Counter Designations | Preliminary Ruling |
|---|---|---|---|---|---|
| 90. | 6:18-22 | | | | |
| 91. | 7:10-12:14 | | | | |
| 92. | 13:11-15:16 | | | | |
| 93. | 16:2-17:2 | | | | |
| 94. | 18:7-11 | | | | |
| 95. | 19:17-20:8 | | | | |
| 96. | 21:5-8 | | | | |
| 97. | 21:18-23:10 | | | | |
| 98. | 24:7-23 | | | | |
| 99. | 26:19-25 | | | | |
| 100. | 27:6-28:5 | | | | |
| 101. | 29:2-5 | | | | |
| 102. | 31:22-33:4 | | | | |
| 103. | 33:16-34:16 | | | | |
| 104. | 35:9-37:20 | | | | |
| 105. | 37:22-40:5 | 403, Assumes facts not in evidence [37:16-20] | | | Overruled |
| 106. | 40:13-41:20 | | | | |
| 107. | 43:14-46:7 | | | | |
| 108. | 46:19-47:10 | | | | |
| 109. | 47:22-48:19 | | | | |
| 110. | 49:20-50:22 | | | | |
| 111. | 53:17-55:3 | | | | |

| | | | | |
|---|---|---|---|---|
| 112. | 56:13-60:6 | | | |
| 113. | 60:19-61:23 | | | |
| 114. | 62:20-64:24 | | | |
| 115. | 65:7-66:2 | | | |
| 116. | 67:25-68:8 | | | |
| 117. | 70:9-12 | Calls for a legal conclusion | | Overruled |
| 118. | 70:15-71:11 | | | |
| 119. | 71:21-72:23 | | | |
| 120. | 73:4-22 | | | |
| 121. | 74:4-78:15 | | | |
| 122. | 79:8-14 | Calls for a legal conclusion | | Overruled |
| 123. | 79:16-18 | | | |
| 124. | 81:3-84:9 | | | |
| 125. | 84:12-15 | | | |
| 126. | 84:21-86:18 | | | |
| 127. | 88:19-89:9 | | | |
| 128. | 92:11-24 | | | |
| 129. | 94:9-96:9 | | | |
| 130. | 97:19-98:25 | | | |
| 131. | 99:25-100:23 | | | |
| 132. | 103:5-24 | | | |
| 133. | 104:7-105:21 | | | |
| 134. | 108:22-109:3 | | | |
| 135. | 109:10-110:16 | | | |
| 136. | 112:20-113:6 | | | |
| 137. | 114:11-13 | | | |
| 138. | 114:22-120:7 | | | |
| 139. | 122: 19-24 | | | |
| 140. | 123:7-15 | | | |
| 141. | 124:23-125:16 | | | |
| 142. | 125:22-126:20 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 143. | 127:23-128:15 | | | | |
| 144. | 129:2-131:13 | | | | |
| 145. | 131:16-17 | | | | |
| 146. | 131:24-132:3 | | | | |
| 147. | 138:8-10 | | | | |
| 148. | 138:16-25 | | | | |
| 149. | 139:5-16 | | | | |
| 150. | 140:7-23 | | | | |
| 151. | 142:17-146:11 | Calls for legal conclusion [146:9-11] | | | Overruled |
| 152. | 146:13-24 | | | | |
| 153. | 147:8-14 | | | | |
| 154. | 147:16-20 | | | | |
| 155. | 148:4-8 | | | | |
| 156. | 149:3-6 | | | | |
| 157. | 149:15-150:3 | | | | |
| 158. | 150:19-22 | | | | |
| 159. | 152:6-18 | | | | |
| 160. | 153:15-154:4 | | | | |
| 161. | 155:4-22 | | | | |
| 162. | 157:5-7 | | | | |
| 163. | 158:5-159:20 | | | | |
| 164. | 159:22-160:2 | | | | |
| 165. | 160:9-162:21 | | | | |
| 166. | 166:21-167:2 | Calls for legal conclusion [166:21-167:2] | | | Overruled |
| 167. | 167:4-5 | | | | |
| 168. | 167:11-17 | | | | |
| 169. | 168:3-169:3 | | | | |
| 170. | 169:15-171:8 | | | | |
| 171. | 183:4-184:20 | | | | |

| | | | | |
|---|---|---|---|---|
| 172. | 184:24-185:3 | | | |
| 173. | 185:9-186:6 | | | |
| 174. | 190:7-18 | | | |
| 175. | 191:7-10 | | | |
| 176. | 191:23-195:24 | | | |
| 177. | 196:8-198:17 | | | |
| 178. | 199:11-201:5 | | | |
| 179. | 201:11-17 | | | |
| 180. | 210:15-25 | | | |
| 181. | 211:18-22 | | | |
| 182. | 220:14-221:7 | | | |

**Deposition of Scott V. Fisher September 14, 2020**

| No. | Defendant's Designation | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendant's Objections to Plaintiffs' Counter Designations | Preliminary Ruling |
|---|---|---|---|---|---|
| 183. | 6:15-8:14 | | | | |
| 184. | 9:22-10:14 | | | | |
| 185. | 11:10-12:12 | 403 - relevance [11:10-11, 11:13-14] | | | Overruled |
| 186. | 12:18-20 | | | | |
| 187. | 13:15-14:2 | | | | |
| 188. | 14:13-23 | | | | |
| 189. | 15:10-25 | | | | |
| 190. | 16:6-18:10 | 403 - confusing the issue [17:13-16] | | | Overruled. |
| 191. | 19:20-24 | | | | |
| 192. | 21:13-16 | | | | |
| 193. | 21:22-23:17 | 403 - confusing the issues [22:22-23:2, 23:4-7] | | | Overruled. |
| 194. | 23:21-24:18 | | | | |
| 195. | 24:21-25:4 | | | | |
| 196. | 26:8-27:13 | | | | |
| 197. | 27:19-28:9 | | | | |
| 198. | 28:13-30:5 | | | | |
| 199. | 30:20-31:12 | | | | |
| 200. | 32:21-33:9 | | | | |
| 201. | 33:15-35:9 | | | | |

| 202. | 35:14-36:16 | 403 - confusing the issues [35:5-9] | | | Overruled. |
|---|---|---|---|---|---|
| 203. | 36:22-42:3 | | | | |
| 204. | 45:20-24 | | | | |
| 205. | 47:22-48:21 | | | | |

**Deposition of Sunil Mehta September 10, 2020**

| No. | Defendant's Designation | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendant's Objections to Plaintiffs' Counter Designations | Preliminary Ruling |
|---|---|---|---|---|---|
| 206. | 7:2-5 | | | | |
| 207. | 16:5-17:25 | | | | |
| 208. | 18:12-22:13 | | | | |
| 209. | 23:4-26:20 | | | | |
| 210. | 27:12-29:2 | | 29:3-16 | | |
| 211. | 29:17-30:2 | | 30:3-32:18 | R, F | Exclude Counter-Designation |
| 212. | 32:19-33:5 | | 33:19-34:3 | | |
| 213. | 34:4-19 | | | | |
| 214. | 37:19-21 | | 38:11-39:8 | | |
| 215. | 39:9-43:19 | | | | |
| 216. | 44:3-47:17 | | | | |
| 217. | 48:11-13 | | | | |
| 218. | 48:21-25 | | | | |
| 219. | 49:6-50:8 | | 52:20-54:6; 54:21-55:17; 56:12-57:22; 59:16-61:12 | F, H | Strike 56:12-16. Otherwise Overruled. |
| 220. | 62:19-64:14 | | 64:15-65:7 | OB | Strike attorney objection. |
| 221. | 65:8-67:16 | | 67:17-69:20 | ARG | Overruled |

| | | | | |
|---|---|---|---|---|
| 222. | 70:3-5 | | | | |
| 223. | 71:9-72:16 | | 72:17-73:5 | | |
| 224. | 73:6-74:20 | | 74:21-79:13 | F | Overruled |
| 225. | 79:14-17 | | | | |
| 226. | 79:22-80:12 | | | | |
| 227. | 80:16-82:15 | | | | |
| 228. | 83:3-5 | | 83:6-87:6 | | |
| 229. | 89:8-92:13 | | 94:7-25 | R, OS | Exclude counter-designation |
| 230. | 95:8-10 | | | | |
| 231. | 95:16-100:15 | | 100:16-101:10 | OB, F | Exclude counter-designation |
| 232. | 101:11-15 | | | | |
| 233. | 101:17-22 | | 101:23-103:17; 104:25-105:11 | OS, OB, F | Exclude counter-designation |
| 234. | 105:12-21 | | | | |
| 235. | 106:2-107:4 | | 107:5-13 | | |
| 236. | 107:16-18 | | | | |
| 237. | 108:10-109:14 | | 109:15-111:7; 112:19-117:21 | OS, F, H | Exclude counter-designation at 112:19-117:21 |
| 238. | 117:22-119:13 | | 119:14-121:25 | F | Exclude counter-designation from 120:4-121:3 |
| 239. | 122:6-8 | | | | |
| 240. | 122:12-124:8 | | 125:4-126:9 | R | Overruled |
| 241. | 126:10-12 | | 126:16-130:9 | H | Overruled |
| 242. | 130:10-19 | | | | |
| 243. | 131:2-12 | | 131:24-133:3 | H, F, OS | Exclude counter-designation |
| 244. | 133:4-134:24 | | 134:25-135:10 | | |
| 245. | 135:11-136:20 | | 136:21-137:10; 137:19-142:3; 145:16-148:19; 150:12-151:3 | OS, H, OB, F | Exclude counter-designation |
| 246. | 151:4-17 | | 151:18-152:21; 153:20-154:13 | F, OS | Exclude 153:20-154:13. |
| 247. | 156:9-11 | | | | |

| 248. | 156:19-24 | | | | |
|---|---|---|---|---|---|
| 249. | 157:2-9 | | | | |
| 250. | 158:4-9 | | 159:3-160:3 | F, OS | Exclude counter-designation |
| 251. | 160:4-8 | | 160:21-163:4; 164:10-166:24 | OS, F, MIS | Exclude counter-designation |
| 252. | 166:25-167:24 | | 167:25-172:6; 173:6-175:21 | H, F | Exclude 170:25-172:6 and 173:6-9; 174:15-21; 174:25-175:5.. |
| 253. | 175:22-176:5 | | 177:19-178:16 | | |
| 254. | 178:17-181:11 | | 181:12-182:6 | | |
| 255. | 182:7-11 | | | | |
| 256. | 182:16-18 | | 183:11-184:9; 185:7-186:17 | OS, F | Exclude counter-designation |
| 257. | 186:18-187:3 | | 188:6-16; 190:25-191:17; 193:7-197:3 | F, OS, H | Exclude counter-designation |
| 258. | 200:12-14 | | | | |
| 259. | 200:16-202:4 | | 202:5-20; 203:18-204:24 | F, OS | Exclude counter-designation |

**Deposition of Todd J. Tessier August 11, 2020**

| No. | Defendant's Designation | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendant's Objections to Plaintiffs' Counter Designations | Preliminary Ruling |
|---|---|---|---|---|---|
| 260. | 16:13-18:2 | | | | |
| 261. | 18:11-19:7 | | | | |
| 262. | 19:9-11 | | | | |
| 263. | 21:6-9 | | 24:2-9 | | |
| 264. | 28:18-29:5 | | | | |
| 265. | 29:9-22 | | 29:23-30:12; 31:11-32:10 | OS | Exclude counter-designation |

| | | | | | |
|---|---|---|---|---|---|
| 266. | 33:6-35:15 | | 35:16-36:9 | L | Overruled |
| 267. | 37:13-19 | | | | |
| 268. | 38:23-39:9 | | | | |
| 269. | 39:11-41:9 | | | | |
| 270. | 44:21-25 | | | | |
| 271. | 45:14-22 | | | | |
| 272. | 47:2-13 | | | | |
| 273. | 47:18-23 | | | | |
| 274. | 47:25-48:10 | | | | |
| 275. | 48:12-22 | | | | |
| 276. | 49:10-24 | | | | |
| 277. | 50:4-8 | | | | |
| 278. | 50:18-23 | | | | |
| 279. | 51:2-3 | | 51:4-10 | | |
| 280. | 51:17-52:12 | | 52:13-53:2 | F | Overruled |
| 281. | 59:2-4 | | | | |
| 282. | 59:7-16 | | 64:6-14 | F | Exclude counter-designation |
| 283. | 77:14-17 | | 76:18-23 | OS, ARG | Exclude counter-designation |
| 284. | 78:5-7 | 602, Calls for speculation | | | Overruled |
| 285. | 78:9-22 | 602, Speculation | | | Overruled |
| 286. | 78:24-80:12 | | | | |
| 287. | 80:15-18 | | | | |
| 288. | 80:20-23 | | | | |
| 289. | 81:2-13 | | | | |
| 290. | 81:15-25 | | | | |
| 291. | 82:4-5 | | | | |
| 292. | 82:11-16 | | | | |
| 293. | 84:12-85:3 | | | | |
| 294. | 85:5-17 | | | | |
| 295. | 85:21-86:17 | | | | |
| 296. | 96:21-23 | | | | |
| 297. | 97:2-12 | | | | |

| No. | Defendant's Designation | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendant's Objections to Plaintiffs' Counter Designations | Preliminary Ruling |
|---|---|---|---|---|---|
| 298. | 98:7-18 | | | | |
| 299. | 98:20-99:7 | | | | |
| 300. | 99:9-22 | | | | |
| 301. | 111:22-112:3 | | | | |
| 302. | 112:7-114:5 | | 114:6-18 | | |
| 303. | 114:21-117:17 | | | | |
| 304. | 121:2-10 | | 121:11-16 | | |
| 305. | 122:5-125:6 | | | | |
| 306. | 125:8-10 | | | | |
| 307. | 125:12-126:13 | | | | |
| 308. | 126:16-127:4 | | | | |
| 309. | 127:6-10 | | | | |
| 310. | 127:12-24 | | | | |
| 311. | 128:2-129:7 | | | | |
| 312. | 129:17-130:12 | | | | |
| 313. | 131:14-132:19 | | | | |
| 314. | 133:11-134:17 | | | | |
| 315. | 135:7-136:18 | | | | |
| 316. | 136:20-137:5 | | | | |
| 317. | 138:15-139:22 | | | | |
| 318. | 140:6-9 | | | | |

**Deposition of Deepak Verma August 18, 2020**

| No. | Defendant's Designation | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendant's Objections to Plaintiffs' Counter Designations | Preliminary Ruling |
|---|---|---|---|---|---|
| 319. | 11:22-25 | | | | |
| 320. | 17:19-18:6 | | 223:25-226:7 | | |
| 321. | 18:12-19:16 | | | | |
| 322. | 19:22-20:2 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 323. | 20:6-9 | | | | |
| 324. | 20:22-22:4 | | 22:17-23:14 | R | Sustained. Discuss. |
| 325. | 23:21-24:11 | | | | |
| 326. | 27:4-29:25 | | | | |
| 327. | 30:8-13 | | | | |
| 328. | 30:23-31:18 | | | | |
| 329. | 32:2-7 | | | | |
| 330. | 33:19-25 | | 34:2-34:7 | | |
| 331. | 36:24-37:15 | | | | |
| 332. | 37:19-21 | | 38:2-38:5 | | |
| 333. | 38:9-15 | | | | |
| 334. | 38:20-23 | | | | |
| 335. | 39:9-10 | | | | |
| 336. | 39:12-19 | | | | |
| 337. | 39:21-40:10 | | 40:11-42:2 | OB | Strike Attorney Objection |
| 338. | 41:13-16 | | | | |
| 339. | 42:3-15 | | 41:4-41:7 | | |
| 340. | 43:21-45:24 | | 45:25-46:15 | | |
| 341. | 46:16-47:2 | | | | |
| 342. | 47:6-7 | | | | |
| 343. | 47:10-23 | | 48:8-48:13 | | |
| 344. | 48:18-22 | | 48:23-51:10 | E, F | Overruled |
| 345. | 51:12-17 | | 53:6-58:20 | F, OS | Exclude Counter-designation |
| 346. | 59:5-7 | | | | |
| 347. | 59:9-12 | | 59:21-60:9 | | |
| 348. | 61:7-12 | | | | |
| 349. | 62:4-23 | | | | |
| 350. | 63:21-24 | | | | |
| 351. | 64:11-14 | | | | |
| 352. | 65:6-67:6 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 353. | 70:3-12 | | 69:11-70:2; 70:13-71:22; 100:9-12; 100:24-102:3; 102:5-102:12; 104:19-105:17 | F, OS, H, OB | Exclude Counter-designation |
| 354. | 72:18-73:10 | | | | |
| 355. | 73:20-75:16 | | 75:19-75:24 | | |
| 356. | 76:2-4 | | | | |
| 357. | 76:6-10 | | 77:11-77:22 | | |
| 358. | 76:12-77:6 | | | | |
| 359. | 78:12-19 | | 77:22-78:11 | | |
| 360. | 80:23-81:8 | | | | |
| 361. | 81:11-20 | | | | |
| 362. | 81:22-82:3 | | | | |
| 363. | 85:19-86:8 | | 86:9-87:15 | F, OS | Exclude 87:7-15. |
| 364. | 88:5-21 | | 89:15-90:16 | | |
| 365. | 90:18-92:15 | | | | |
| 366. | 96:12-25 | | 92:19-94:5 | H, F | Sustained |
| 367. | 97:8-18 | | | | |
| 368. | 98:9-11 | | | | |
| 369. | 98:18-21 | | 97:19-98:8 | | |
| 370. | 98:23-99:14 | | | | |
| 371. | 108:8-9 | | | | |
| 372. | 108:14-23 | | 110:16-111:19 | | |
| 373. | 114:7-11 | | | | |
| 374. | 114:13-115:5 | | 116:24-117:7 | | |
| 375. | 117:14-17 | | | | |
| 376. | 117:19-118:3 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 377. | 118:21-119:6 | | | | |
| 378. | 129:22-131:13 | | 121:16-121:18; 121:21-122:22; 122:24; 123:2-124:6; 124:8-124:16; 124:18-124:24 | F | Overruled |
| 379. | 131:15-17 | | | | |
| 380. | 131:19-132:7 | | | | |
| 381. | 134:4-135:16 | | 126:6-126:11 | | |
| 382. | 136:15-20 | | | | |
| 383. | 136:22-138:18 | | | | |
| 384. | 140:24-141:2 | | | | |
| 385. | 141:4-141:20 | | | | |
| 386. | 144:12-17 | | 145:8-145:11;145:13-145:15 | MIS | Overruled. Discuss. |
| 387. | 145:17-146:5 | | | | |
| 388. | 148:2-25 | | 149:2-149:5; 149:12-150:19 | H | Exclude 150:15-18. |
| 389. | 149:6-11 | | | | |
| 390. | 150:20-151:6 | | | | |
| 391. | 151:18-152:16 | | | | |
| 392. | 153:19-154:24 | | | | |
| 393. | 155:13-17 | | | | |
| 394. | 156:4-13 | | 157:4-159:2 | H | Exclude counter-designation. Discuss. |
| 395. | 160:14-161:16 | | | | |
| 396. | 162:5-164:8 | | | | |
| 397. | 164:16-18 | | | | |
| 398. | 164:20-165:5 | | 177:25-179:220; 179:22-180:10; 180:13-181:2; 181:24-182:14 | OS, H, F, OB, E | Exclude counter-designation |

| 399. | 191:16-192:5 | | 187:11-190:17; 206:4-207:20; 210:8-211:24; 215:17-216:23 | OS, R, F, H | Exclude counter-designation |
|------|--------------|--|------------------------------------------------------------|-------------|------------------------------|
| 400. | 194:9-195:13 | | | | |
| 401. | 195:16-18 | | | | |
| 402. | 195:20-196:19 | | | | |
| 403. | 200:12-14 | | | | |
| 404. | 218:10-13 | | | | |
| 405. | 220:7-10 | | | | |
| 406. | 222:5-11 | | | | |
| 407. | 226:15-227:4 | | | | |
| 408. | 227:7-15 | | | | |

**Deposition of Lewis Waters**
**July 17, 2020**

| No. | Defendant's Designation | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendant's Objections to Plaintiffs' Counter Designations | Preliminary Ruling |
|-----|-------------------------|------------------------|----------------------------------|------------------------------------------------------------|--------------------|
| 409. | 5:19-21 | | | | |
| 410. | 7:11-8:5 | | | | |
| 411. | 8:12-22 | | | | |
| 412. | 9:3-11:12 | | | | |
| 413. | 13:9-14:2 | | | | |
| 414. | 16:6-24 | 403 (confusing the issues) [15:22-15:24] | | | Sustained. Discuss. |
| 415. | 17:2-7 | 401 (relevance); 403 (confusing the issues) [17:6-17:7] | | | Discuss |
| 416. | 17:9-20 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 417. | 18:4-19:18 | | | | |
| 418. | 20:5-10 | | | | |
| 419. | 20:14-21:17 | | | | |
| 420. | 21:23-24:18 | 602 (calls for speculation) [24:14-24:18] | | | Sustained |
| 421. | 24:24-27:7 | 602 (calls for speculation) [27:4-27:7] | | | Sustained |
| 422. | 27:9-16 | 602 (calls for speculation); 403 (confusing the issues) [27:12- 27:16] | | | Sustained |
| 423. | 27:18-23 | | | | |
| 424. | 29:15-19 | 602 (calls for speculation) | | | Overruled |
| 425. | 29:21-30:11 | 602 (calls for speculation); 401/402 (Assumes facts not in evidence) [30:8-30:11] | | | Overruled |
| 426. | 30:13-25 | | | | |
| 427. | 31:22-32:13 | | | | |
| 428. | 33:22-34:5 | | | | |
| 429. | 36:11-15 | | | | |
| 430. | 37:20-38:18 | 602 (calls for speculation) [38:17-38:18] | | | Overruled |
| 431. | 38:20-39:16 | | | | |
| 432. | 39:22-40:7 | 611 (leading question) [40:4-40:7] | | | Overruled |
| 433. | 40:9-20 | | | | |
| 434. | 41:24-43:7 | | | | |
| 435. | 46:20-23 | 602 (calls for speculation) | | | Overruled |
| 436. | 46:25-47:3 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 437. | 47:15-48:2 | 611 (leading question) [47:21-47:24] | | | Overruled |
| 438. | 48:4-15 | 611 (leading question); 403 (confusing the issues) [48:1021-48:15] | | | Overruled. |
| 439. | 48:17-51:4 | 403 (confusing the issues) [50:25-51:4] | | | Overruled. |
| 440. | 51:6-8 | | | | |
| 441. | 51:19-23 | | | | |
| 442. | 52:8-18 | | | | |
| 443. | 52:25-54:17 | | | | |
| 444. | 55:2-21 | 611 (leading question); 403 (confusing the issues) [55:17-55:21] | | | Overruled. |
| 445. | 55:23-56:7 | | | | |
| 446. | 56:14-59:3 | 602 (calls for speculation) [58:25-59:3] | | | Sustained. |
| 447. | 59:5-61:10 | 602 (calls for speculation) [60:13-60:16] | | | Sustained. |
| 448. | 62:9-63:10 | | | | |
| 449. | 63:13-64:5 | | | | |
| 450. | 64:21-65:23 | | | | |
| 451. | 66:4-6 | | | | |
| 452. | 66:12-67:10 | | | | |
| 453. | 67:18-69:25 | | | | |
| 454. | 70:16-72:25 | 611 (leading question); 403 (confusing the issues) [72:20-25] | | | Overruled |

| | | | | |
|---|---|---|---|---|
| 455. | 73:3-7 | 602 (calls for speculation); 611 (leading question) | | | Overruled |
| 456. | 74:11-14 | | | | |
| 457. | 74:16-76:9 | | | | |
| 458. | 76:24-77:11 | 611 (leading question) [77:7-11] | | | Overruled |
| 459. | 77:13-20 | 611 (leading question) [77:16- 20]; asked and answered | | | Overruled |
| 460. | 77:22-23 | | | | |
| 461. | 79:6-82:7 | | | | |
| 462. | 83:10-84:14 | | | | |
| 463. | 84:20-86:8 | | | | |
| 464. | 86:15-87:19 | 611 (leading question); 403 (confusing the issues) [87:14-19] | | | Overruled. |
| 465. | 87:21-88:4 | | | | |
| 466. | 89:15-22 | | | | |
| 467. | 99:22-100:18 | | | | |

**Plaintiffs' Deposition Designations and Defendant's Counter-Designations and Objections**

**Deposition of Todd Tessier**
**August 11, 2020**

| No. | Plaintiffs' Designation | Sun Objection | Sun Counter (does not include any previous Sun designations) | Plaintiffs' Objection | Preliminary Ruling |
|---|---|---|---|---|---|
| 1. | 17:10-18:2 | | | | |
| 2. | 18:21-19:4 | | | | |
| 3. | 20:11-25 | H, F, L | | | Sustained. Discuss. |
| 4. | 21:5-12 | | | | |
| 5. | 22:17-23:7 | H, R, P | | | Sustained. Discuss. |
| 6. | 25:6-20 | H, F | | | Sustained. Discuss. |
| 7. | 25:21-26:8 | H, F | | | Sustained. Discuss. |
| 8. | 26:9-13 | H, F | | | Sustained. Discuss. |
| 9. | 26:14-25 | H, F | | | Sustained. Discuss. |
| 10. | 27:2-9 | H, F, O | | | Sustained. Discuss. |
| 11. | 27:14-22 | H, F, O | | | Sustained. Discuss. |
| 12. | 29:8-22 | | | | |
| 13. | 30:13-24 | H, F, O | | | Sustained. Discuss. |
| 14. | 31:3-10 | H, F, O | | | Sustained. Discuss. |
| 15. | 37:13-25 | | | | |
| 16. | 38:2-5 | ARG, R, P | | | Sustained. |
| 17. | 38:7-11 | | | | |
| 18. | 38:13-16 | ARG, R, P | | | Sustained. |

| 19. | 39:3-9 | | | | |
|-----|--------|---|---|---|---|
| 20. | 40:13-19 | | | | |
| 21. | 41:17-42:3 | H, F, ARG, L, O | 41:10-16 | | Sustained. Discuss. |
| 22. | 42:4-6 | | | | |
| 23. | 42:13-23 | F, O | | | |
| 24. | 42:25-43:19 | H, MIS, L, F, O | | | Sustained. Discuss. |
| 25. | 44:15-20 | H, L, F, O | | | Sustained. Discuss. |
| 26. | 48:23-49:9 | H, F, O | | | Sustained. Discuss. |
| 27. | 57:21:58:10 | OB, H, F | | | Sustained. Discuss. |
| 28. | 58:11-25 | H, F | | | Sustained. Discuss. |
| 29. | 59:18-60:7 | H, F | | | Sustained. Discuss. |
| 30. | 60:9-18 | H, F | | | Sustained. Discuss. |
| 31. | 61:3-25 | H, F | | | Sustained. Discuss. |
| 32. | 62:11-22 | H, F | | | Sustained. Discuss. |
| 33. | 62:23-63:20 | H, F, L | | | Sustained. Discuss. |
| 34. | 63:22-64:5 | H | | | Sustained. Discuss. |
| 35. | 64:16-65:17 | H | | | Sustained. Discuss. |
| 36. | 66:15-25 | H, L | | | Sustained. Discuss. |
| 37. | 67:10-13 | | | | |
| 38. | 80:15-81:11 | | | | |
| 39. | 82:4-16 | | | | |
| 40. | 84:12-17 | | | | |
| 41. | 84:18-85:17 | | | | |
| 42. | 128:14-129:7 | | | | |

| 43. | 134:14-135:2 | | | | |
|-----|--------------|---|---|---|---|

**Deposition of Paul Damphousse**
**August 27, 2020**

| No. | Plaintiffs' Designation | Sun Objection | Sun Counter (does not include any previous Sun designations) | Plaintiffs' Objection | Preliminary Ruling |
|-----|------------------------|---------------|-------------------------------------------------------------|----------------------|--------------------|
| 44. | 18:11-20:3 | | | Rule 802 | |
| 45. | 22:11-23 | E, F, O | 18:11-22:10, 22:24-24:25 | | Discuss Sun objections. Exclude counter-designation from 18:14 to 19:6. |
| 46. | 23:2-24:17 | | | | |
| 47. | 25:2-13 | OB | | | Strike attorney objection. |
| 48. | 55:3-8 | | | | |
| 49. | 55:19-56:6 | | | | |
| 50. | 59:15-25 | ARG, MIS | 58:20-59:14, 60:2-18 | | Overruled |
| 51. | 61:8-17 | E, F | 61:18-62:5, 62:7-13 | | Overruled |
| 52. | 62:14-25 | OB | | | Strike attorney objection |
| 53. | 68:12-20 | F | | | Overruled |
| 54. | 72:4-22 | F | | | Overruled |
| 55. | 84:15-23 | | 81:24-82:9, 82:11-22, 84:3-14, 84:25-85:2, 85:4-19 | Rule 602 [85:4-9] | Overruled. |
| 56. | 90:23-91:10 | | | | |
| 57. | 98:20-99:21 | I | 99:23-100:14 | | Overruled. |

| 58. | 121:8-17 | I | 16:3-18:10, 77:19-78:5, 78:18-79:12, 81:24-82:22, 85:20-23, 86:2-87:21, 112:13-23, 117:7-13, 121:18-122:4 | Rule 802 [16:6-13, 16:16-23, 17:2-21] | Overruled. Exclude counter-designation. |
|---|---|---|---|---|---|
| 59. | 131:20-132:3 | P | 85:20-23, 86:2-87:21, 111:16-112:23 | | Overruled |
| 60. | 142:13-20 | H, F, MIS | 142:6-12 | | Overruled |
| 61. | 146:4-16 | OB, H, F, ARG | 144:18-23, 144:25-145:10, 145:23-146:2, 147:7-148:5 | | Sustained |
| 62. | 160:18-161:8 | MIS | | | Discuss |
| 63. | 164:6-165:2 | | | | |
| 64. | 165:3-21 | | | | |
| 65. | 167:24-169:8 | OB, ARG, MIS | 169:9-25 | | Strike attorney objection. Discuss remainder. |
| 66. | 173:25-174:9 | I | 171:16-172:9, 174:23-176:6 | | Overruled |
| 67. | 176:7-24 | MIS, ARG, NE, E, OB | 175:11-176:6, | | Overruled except for attorney objection. |
| 68. | 179:20-180:20 | | | | |
| 69. | 180:21-181:3 | | | | |
| 70. | 182:13-21 | | | | |
| 71. | 183:20-184:23 | F | 184:24-185:4, 185:6-9, 186:4-5, 186:7-10 | | Overruled. Discuss. |
| 72. | 194:5-12 | | | | |
| 73. | 202:3-9 | | 201:18-22, 201:24-202:2 | | |

| 74. | 203:3-23 | OB | | | Strike attorney objection. |
| 75. | 216:5-217:4 | F, H | | | Overruled |
| 76. | 222:11-223:8 | F, H | 223:9-224:10 | | Sustained |
| 77. | 230:10-231:16 | | 229:20-230:9, 231:17-23 | | |
| 78. | 233:12-234:15 | E, F, H | 234:16-25 | | Overruled |
| 79. | 237:14-22 | I | 237:23-238:2 | | Overruled |

**Deposition of Paul Damphousse**
**Sept. 1, 2020**

| | Plaintiffs' Designation | Sun Objection | Sun Counter (does not include any previous Sun designations) | Plaintiffs' Objection | |
|---|---|---|---|---|---|
| 80. | 12:13-22 | | 14:10-17 | | |
| 81. | 12:23-13:20 | | | | |
| 82. | 14:22-15:19 | F | | | Sustained |
| 83. | 16:18-17:8 | F | 18:16-19:10 | | Sustained |
| 84. | 19:11-20:21 | R, P, OB | | | Strike Attorney objection. Otherwise overruled. |
| 85. | 21:14-23 | R, P | | | Overruled |
| 86. | 22:9-16 | R, P | 22:17-24 | | Overruled |
| 87. | 24:12-23 | R, P | 22:17-24 | | Overruled |
| 88. | 35:19-36:2 | R | | | Overruled. |
| 89. | 38:15-21 | R | | | Overruled. |
| 90. | 39:10-19 | R | | | Overruled. |

| 91. | 43:4-16 | R, P, MIS | 43:19-21, 43:23-25, 45:9-46:4, 46:6-15, 46:17-19 | | Sustained. |
| 92. | 49:2-9 | | 48:13-20 | | |
| 93. | 69:16-70:11 | | | | |

**Deposition of Ian Horn November 20, 2020**

| No. | Plaintiffs' Designation | Sun Objection | Sun Counter (does not include any previous Sun designations) | Plaintiffs' Objection | Preliminary Ruling |
| --- | --- | --- | --- | --- | --- |
| 94. | 72:5-14 | H, I | 44:22-46:12, 49:4-51:4, 56:2-60:6, 62:23-67:2 | Rule 403 | Discuss. |