# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

GLENN ALTO, EDWARD CONNOLLY in his individual capacity and as trustee of the Connolly 2014 Grantor Retained Annuity Trust, and LEWIS WILLIAM WATERS in his individual capacity and as trustee of the Lewis William Waters III 2014 Qualified Annuity Trust

                    Plaintiff,                    19 **CIVIL** 9758 (GHW)

    -against-                            **JUDGMENT**

SUN PHARMACEUTICAL INDUSTRIES, INC.,

                    Defendant.

-----------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 13, 2021, the Court has found that many of the positions taken by Plaintiffs in this case were not worthy of belief. Certain Plaintiffs—particularly Alto—made factual statements to the Court in this litigation that were contradicted by their own contemporaneous statements and the testimony of credible witnesses. As a result, the Court has found that they are not entitled to much of the relief that they sought in this case. At the end of the day, however, they are entitled to partial judgment in their favor with respect to the Last Man Standing provision because the plain text of the relevant agreement requires it.

    Judgment is entered in favor of Plaintiffs as to Counts II and III and, in favor of Defendant on Counts IV, V, and VI. Judgment is entered for Plaintiffs in the amount of $3,125,000, plus prejudgment interest calculated at 9% per annum from March 21, 2019 through the date of judgment (Milestone four), in the amount of $722,773.97, and $3,125,000, plus prejudgment interest calculated at 9% per annum from July 12, 2019 through the date of judgment (Milestone six), in the amount of $635,702.05. Post-judgment interest shall accrue at the statutory rate pursuant to 28

U.S.C. § 1961 from the date judgment is entered until payment is made in full; accordingly, this case is closed.

**Dated:** New York, New York
October 14, 2021

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk